# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Timothy Ray <br> *Plaintiff* <br> v. <br> Austin Industrial Inc. <br> *Defendant* | Civil Action No.   3:18-00392-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Plaintiff shall take nothing of the Defendant and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having granted the defendant's motion to compel arbitration and dismiss.

Date:   September 29, 2018

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*